AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Comcast of Southern New England, Inc

V.

Maria Casiello

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 04-12155 RWZ

TO: (Name and address of Defendant)

Maria Casiello
249 Apache Way
Tewksbury, MA 01876

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-8218

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

10-13-04



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

October 20, 2004

I hereby certify and return that on 10/20/2004 at 9:15AM I served a true and attested copy of the SUMMONS, COMPLAINT, CORPORATE DISCLOSURE STATEMENT, COVER SHEET & CASE COVER SHEET in this action in the following manner: To wit, by delivering in hand to MARIA CASIELLO at, 249 APACHE Way, Tewksbury, MA 01876. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($1.50), Postage and Handling ($1.00), Travel ($13.44) Total Charges $50.94

_____
Deputy Sheriff

Deputy Sheriff GEORGE HOOPER

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
            Date                Signature of Server

            _____
            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.