**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
**COMCAST OF SOUTHERN NEW ENGLAND, INC.**
**("COMCAST")**
      **Plaintiff,**

**v.**                                        **CASE NO.: 04-12155RWZ**

**MARIA CASIELLO**
      **Defendant.**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## DEFENDANT'S ANSWER TO COMPLAINT FOR VIOLATIONS OF 47 U.S.C. §553

### NATURE OF ACTION

Now comes the Defendant, Maria Casiello, (hereinafter, "Defendant") and hereby

answers the Plaintiff, Comcast of Southern New England, Inc.'s, (hereinafter,

"Comcast") Complaint paragraph by paragraph as follows:

1.    The Defendant denies the allegations contained in paragraph 1 of the Plaintiff's

    Complaint and calls upon the Plaintiff to prove the same.

2.    The Defendant denies the allegations contained in paragraph 2 of the Plaintiff's

    Complaint and calls upon the Plaintiff to prove the same.

### PARTIES

3.    The Defendant is without sufficient information to either admit or deny the

    allegations contained in paragraph 3 of the Plaintiff's Complaint.

4.    The Defendant admits in part and denies in part the allegations contained in

    paragraph 4 of the Plaintiff's Complaint.

## JURISDICTION AND VENUE

5.    The Defendant is without sufficient information to either admit or deny the

allegations contained in paragraph 5 of the Plaintiff's Complaint and calls upon

the Plaintiff to prove the same.

6.    The Defendant is without sufficient information to either admit or deny the

allegations contained in paragraph 6 of the Plaintiff's Complaint and calls upon

the Plaintiff to prove the same.

## GENERAL ALLEGATIONS

7.    The Defendant is without sufficient information to either admit or deny the

allegations contained in paragraph 7 of the Plaintiff's Complaint.

8.    The Defendant is without sufficient information to either admit or deny the

allegations contained in paragraph 8 of the Plaintiff's Complaint.

9.    The Defendant is without sufficient information to either admit or deny the

allegations contained in paragraph 9 of the Plaintiff's Complaint.

10.    The Defendant is without sufficient information to either admit or deny the

allegations contained in paragraph 10 of the Plaintiff's Complaint.

11.    The Defendant is without sufficient information to either admit or deny the

allegations contained in paragraph 11 of the Plaintiff's Complaint.

12.    The Defendant is without sufficient information to either admit or deny the

allegations contained in paragraph 12 of the Plaintiff's Complaint.

13.    The Defendant denies the allegations contained in paragraph 13 of the Plaintiff's

Complaint and calls upon the Plaintiff to prove the same.

14.    The Defendant denies the allegations contained in paragraph 14 of the Plaintiff's

Complaint and calls upon the Plaintiff to prove the same.

15.    The Defendant denies the allegations contained in paragraph 15 of the Plaintiff's

Complaint and calls upon the Plaintiff to prove the same.

16.    The Defendant denies the allegations contained in paragraph 16 of the Plaintiff's

Complaint and calls upon the Plaintiff to prove the same.

## COUNT I
### (Violation 47 U.S.C. §553)

17.    The Defendant repeats and re-alleges her responses to paragraphs 1 through 16 of

the Plaintiff's Complaint with the same force and effect as if fully stated herein.

18.    The Defendant denies the allegations contained in paragraph 18 of the Plaintiff's

Complaint and calls upon the Plaintiff to prove the same.

19.    The Defendant denies the allegations contained in paragraph 19 of the Plaintiff's

Complaint and calls upon the Plaintiff to prove the same.

20.    The Defendant is without sufficient information to either admit or deny the

allegations contained in paragraph 20 of the Plaintiff's Complaint.

21.    The Defendant denies the allegations contained in paragraph 21 of the Plaintiff's

Complaint and calls upon the Plaintiff to prove the same.

22.    The Defendant is without sufficient information to either admit or deny the

allegations contained in paragraph 22 of the Plaintiff's Complaint and calls upon

the Plaintiff to prove the same.

23.    The Defendant denies the allegations contained in paragraph 23 of the Plaintiff's

Complaint and calls upon the Plaintiff to prove the same.

WHEREFORE, the Defendant states that the Plaintiff is not entitled to damages in any amount.

## COUNT II
### (Conversion)

24.    The Defendant repeats and re-alleges her responses to paragraphs 1 through 23 of

the Plaintiff's Complaint with the same force and effect as if fully stated herein.

25.    The Defendant denies the allegations contained in paragraph 25 of the Plaintiff's

Complaint and calls upon the Plaintiff to prove the same.

26.    The Defendant denies the allegations contained in paragraph 26 of the Plaintiff's

Complaint and calls upon the Plaintiff to prove the same.

27.    The Defendant denies allegations contained in paragraph 27 of the Plaintiff's

Complaint and calls upon the Plaintiff to prove the same.

WHEREFORE, the Defendant states that the Plaintiff is not entitled to damages in any amount.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim against the Defendant upon which relief may be granted and should be dismissed pursuant to Mass. R. Civ. 12(b)(6).

## SECOND AFFIRMATIVE DEFENSE

The claims are barred by the Plaintiff's own acts and conduct.

### THIRD AFFIRMATIVE DEFENSE

The claims are barred by the doctrine of estoppel.

### FOURTH AFFIRMATIVE DEFENSE

The claims are barred by the doctrine of waiver.

### FIFTH AFFIRMATIVE DEFENSE

The claims are barred because of payment.

### SIXTH AFFIRMATIVE DEFENSE

The Plaintiff has not sustained any damages for which the Defendant is

responsible.

### SEVENTH AFFIRMATIVE DEFENSE

The claims are barred for failure of consideration.

### EIGHTH AFFIRMATIVE DEFENSE

The claims are barred by the statue of limitations.

### NINTH AFFIRMATIVE DEFENSE

The claims are barred by laches.

### TENTH AFFIRMATIVE DEFENSE

The Plaintiff failed to comply with conditions precedent to bringing the claims at

issue and therefore is barred from recovery.

WHEREFORE, the Defendant, Marie Casiello, respectfully prays as follows:

1.      That this Honorable Court dismiss the Plaintiff's Complaint;

2.      For such other and further relief as this Honorable Court deems just and proper.

## JURY CLAIM

## THE DEFENDANT DEMANDS A TRIAL BY JURY AS TO ALL ISSUES TRIABLE BY A JURY.

Respectfully submitted,
The Defendant, Marie Casiello
By her attorney,

/s Mark E. Burke

Dated:                                    _____

Mark E. Burke – BBO#556166
Law Office of Mark E. Burke
111 South Bedford Street, Suite 208
Burlington, Massachusetts 01803
(781) 273-3801