UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**COMCAST OF SOUTHERN NEW ENGLAND, INC.
("COMCAST")**
    **Plaintiff,**

v.                                         **CASE NO.: 04-12155RWZ**

**MARIA CASIELLO**
    **Defendant.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF APPEARANCE**

Please enter my appearance for the Defendant, Maria Casiello in the above-entitled matter.

                                                        Respectfully submitted,
                                                        The Defendant, Maria Casiello
                                                        By her attorney,

                                                        /s Mark E. Burke

Dated:                                     _____
                                                        Mark E. Burke – BBO#556166
                                                        Law Office of Mark E. Burke
                                                        111 South Bedford Street, Suite 208
                                                        Burlington, Massachusetts 01803
                                                        (781) 273-3801