UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**COMCAST OF SOUTHERN NEW ENGLAND, INC.**
**("COMCAST")**
    **Plaintiff,**

**v.**                                                            **CASE NO.: 04-12155RWZ**

**MARIA CASIELLO**
    **Defendant.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## STIPULATION OF DISMISSAL
## WITH PREJUDICE

The parties to the above-entitled action have agreed to settle this matter, pursuant to the provisions of Fed. R. Civ. P. 41(1)(a)(i), hereby stipulate that said action be dismissed with prejudice and without cost to either party.

                        Respectfully submitted,
                        The Defendant, Marie Casiello
                        By her attorney,

                        /s Mark E. Burke

Dated:                                                  _____
                        Mark E. Burke – BBO#556166
                        Law Office of Mark E. Burke
                        111 South Bedford Street, Suite 208
                        Burlington, Massachusetts 01803
                        (781) 273-3801

                        The Plaintiff,
                        Comcast of Southern New England, Inc.
                        By its attorney,

                        /s John M. McLaughlin

Dated:                                                  _____
                        John M. McLaughlin – BBO#556328
                        Green, Miles, Lipton & Fitz-Gibbon LLP
                        77 Pleasant Street – P.O. Box 210
                        Northampton, MA  01061
                        (413) 586-0865